IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CITIZENS BANK, N.A. | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-351 |
| | : | |
| RUDOLPH NASH, ET AL. | : | |

## ORDER

This 14th day of July, 2021 it is hereby **ORDERED** that Defendant United States' motion for judgment on the pleadings (ECF 10) is **GRANTED** as follows:

- The erroneous satisfaction of mortgage executed by Citizens Bank on March 8, 2019 and recorded in the Office of the Recorder of Deeds in and for Bucks County on March 18, 2019 as Instrument Number 2019012610 is **SET ASIDE** and the mortgage is reinstated.

- The reinstated mortgage is hereby declared to be subordinate in priority to the following tax liens:

    - The Federal Tax Lien recorded in the Office of the Prothonotary for Bucks County on July 10, 2012 at Docket Number 2012-20724.

    - The Federal Tax Lien recorded in the Office of the Prothonotary for Bucks County on May 19, 2014 at Docket Number 2014-20301.

    - The Federal Tax Lien recorded in the Office of the Prothonotary for Bucks County on January 5, 2016 at Docket Number 2016-20007.

    - The Federal Tax Lien recorded in the Office of the Prothonotary for Bucks County on December 21, 2016 at Docket Number 2016-20735.

/s/ Gerald Austin McHugh
United States District Judge